Lynne Finley
District Clerk
Collin County, Texas
By Tatiana Ortega Deputy
Envelope ID: 22264553

296-00507-2018

CAUSE NO. _____

| | | |
|---|---|---|
| MARY MADRID | ) | IN THE DISTRICT COURT |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | _____ JUDICIAL DISTRICT |
| | ) | |
| JPMORGAN CHASE BANK, N.A. | ) | |
| | ) | |
| Defendant. | ) | COLLIN COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff MARY MADRID, and files this Original Petition, and in support hereof would respectfully show unto the Court as follows:

A.

INTRODUCTION

1. Plaintiff is the title holder to the property located at 3635 Marlborough Dr., Plano, Texas 75075.

2. Plaintiff retained the undersigned attorney to negotiate a postponement of the foreclosure sale, a possible loan modification, and/or sale of the property to prevent her from losing any equity that exists.

3. The undersigned attorney has tendered a Request for Information/Qualified Written Request to Defendant, specifically requesting provide (a) the amount to cure the default; (b) the fully-accelerated amount of the debt upon which the foreclosure sales price will be based; and (c) a break-down of all fees, interest, escrow charges, penalties, etc., that are included in the fully-accelerated amount of the debt.

4. The purpose of requesting the foregoing information is to determine whether impermissible fees have been added to the amount of the debt; also, whether payments, credits

and/or write-offs have been deducted from the amount of the debt. Plaintiff needs accurate information regarding the amount of the debt like to determine the amount of equity in the property.

B.

DISCOVERY CONTROL PLAN LEVEL

5. Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery in this case under Level 3.

C.

PARTIES

6. Plaintiff is the owner of real property located at 3635 Marlborough Dr., Plano, Texas 75075.

7. Defendant JPMORGAN CHASE BANK, N.A., is an entity that conducts business in Texas and may be served with process through any executive officer at its principal place of business located at 3415 Vision Drive, Columbus, OH 43219, or wherever it may be found.

D.

JURISDICTION AN VENUE

8. The subject matter in controversy is within the jurisdictional limits of this Court. Venue in this case is proper in Collin County, Texas, pursuant to Section 15.001 of the Texas Civil Practice & Remedies Code because this action involves real property that is located in Collin County, Texas.

E.

FACTS AND ALLEGATIONS

9. Plaintiff is the titleholder to the real property located at 3635 Marlborough Dr., Plano, Texas 75075, and legally described as follows:

> LOT ONE (1) IN BLOCK SIXTEEN (16) OF DALLAS NORTH ESTATES, 15TH INSTALLMENT, SECTION TWO, AN ADDITION TO THE CITY OF PLANO, TEXAS, ACCORDING TO THE MAP

THEREOF RECORDED IN VOLUME 10, PAGE 35 AND 36 OF THE MAP RECORDS OF COLLIN COUNTY, TEXAS.

10. Plaintiff has tendered a Request for Information/Qualified Written Request to Defendant, specifically requesting provide (a) the amount to cure the default; (b) the fully-accelerated amount of the debt upon which the foreclosure sales price will be based; and (c) a break-down of all fees, interest, escrow charges, penalties, etc., that are included in the fully-accelerated amount of the debt.

11. The purpose of requesting the foregoing information is to determine whether impermissible fees have been added to the amount of the debt; also, whether payments, credits and/or write-offs have been deducted from the amount of the debt. Plaintiff needs accurate information regarding the amount of the debt like to determine the amount of equity in the property.

F.

PRAYER

WHEREFORE PREMISES CONSIDERED Plaintiff prays that Defendant be cited to appear and answer herein, and that upon final hearing, Plaintiff be awarded judgment: (a) for non-monetary relief; and (b) Such other and further relief at law and/or in equity to which Plaintiff may be justly entitled.

Respectfully submitted,

/s/ **Wade Kricken**
Wade Kricken
State Bar No. 24034527
4261 E. University Drive
Suite 30-261
Prosper, Texas 75078
214.418.1187 – telephone
214.593.3108 – facsimile
wade@krickenlawfirm.com

ATTORNEY FOR PLAINTIFF
MARY MADRID